## WILLIAMSON v. MADDUX.

FISH, C. J. No complaint is made that any error of law was committed on the trial. There was evidence to authorize the verdict; and the refusal of a new trial was not error.

*Judgment affirmed. All the Justices concur.*
NOVEMBER 15, 1916.

Complaint. Before Judge Searcy. Butts superior court. August 28, 1915.

*J. T. Moore,* for plaintiff in error. *C. L. Redman,* contra.